# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MADONNA BADGER,
    Plaintiff,

v.

CITY OF STAMFORD, *et al.*,
    Defendants.

No. 3:13-cv-11 (SRU)

## ORDER

This case is stayed pending the resolution of the related state court actions. In light of the stay, the Clerk is directed to administratively close the case. The case may be reopened by any party filing a notice at any time.

So ordered.

Dated at Bridgeport, Connecticut, this 17th day of May 2016.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge