# United States District Court
## DISTRICT OF CONNECTICUT

_____X

**MADONNA BADGER,**

   *Plaintiff,*

   *v.*                                                    NO.: 3:13-cv-00011-SRU

**CITY OF STAMFORD, ROBERT D. DEMARCO &**
**ERNEST ORGERA,**

   *Defendants.*
_____X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: 1/10/18

Respectfully Submitted,

 /s/ Frank C. Corso
Frank C. Corso, Esq.
(MA BBO#545552)
*Pro Hac Vice* Counsel for the Plaintiff
Corso Law, LLC
492 Winthrop Street, Suite 5
Rehoboth, MA 02769
Tel:  (774) 901-2677
Fax:  (774) 901-2678
fcc@corsolaw.com

 /s/ Barbara L. Coughlan
Barbara L. Coughlan, Esq.
(Fed. Bar #ct03466)
Counsel for the Defendants
Deputy Corporation Counsel
City of Stamford
Office of Corporation Counsel

888 Washington Boulevard
Stamford, CT 06904-2152
Tel: (203) 977-5726
Fax: (203) 977-5560
bcoughlan@ci.stamford.ct.us

## CERTIFICATION

I hereby certify that on January 10, 2018, a copy of the above document was filed electronically and served by mail, if necessary, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.